UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

ROBERT DAVID,

                Plaintiff,

                21-cv-10677 (LJL)

-v-

                ORDER

DEPARTMENT OF CORRECTIONS et al,

                Defendants.

------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/11/2022

LEWIS J. LIMAN, United States District Judge:

      The Court has received the letter filed by Defendant City of New York requesting that the Court stay the action for sixty days until May 9, 2022, that the Court suspend its deadline to answer or otherwise respond to the Complaint until the stay expires for Defendant City of New York and Defendant Jeffries, and that the Court adjourn the initial conference rescheduled for March 25, 2022.  Dkt. No. 18.

      The Court hereby extends the time for Defendant City of New York and Defendant Jeffries to answer or otherwise respond to the Complaint to April 1, 2022.  The Court denies the motion to adjourn the conference rescheduled for March 25, 2022 and takes under advisement the motion to stay the action.  The motion to stay will be discussed at the March 25, 2022 conference.  The parties are relieved from jointly filing a proposed Case Management Plan and Scheduling Order in advance of the rescheduled conference.

      The Clerk of Court is respectfully directed to mail a copy of this Order to the pro se Plaintiff.

      SO ORDERED.

Dated: March 11, 2022
      New York, New York

                                            LEWIS J. LIMAN
                                            United States District Judge