UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------------X
:
ROBERT DAVID,                                          :
:
:
              Plaintiff,                               :
:                          21-cv-10677 (LJL)
         -v-                                           :
:                              ORDER
DEPARTMENT OF CORRECTIONS et al,                       :
:
              Defendants.                              :
:
--------------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/25/2022
```

LEWIS J. LIMAN, United States District Judge:

    The Initial Pretrial Conference by telephone scheduled to take place today was hereby rescheduled to **March 29, 2022 at 5:00 p.m.**  Parties are directed to dial into the Court's teleconference line at **888-251-2909** and use access code **2123101**.

    The Clerk of Court is respectfully directed to update the address of Plaintiff Robert David on the docket to reflect his current mailing address, which he provided, as follows:

    64 Sunken Garden Loop
    New York, NY 10035

    The Clerk of Court is also respectfully directed to mail a copy of this order to the pro se Plaintiff.

    SO ORDERED.

Dated: March 25, 2022                    _____
       New York, New York                       LEWIS J. LIMAN
                                          United States District Judge