```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
ROBERT DAVID,                                                    :
                                                                 :
                        Plaintiff,                               :        21-cv-10677 (LJL)
                                                                 :
        -v-                                                      :
                                                                 :             ORDER
DEPARTMENT OF CORRECTIONS et al,                                 :
                                                                 :
                        Defendants.                              :
                                                                 :
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/29/2022

LEWIS J. LIMAN, United States District Judge:

    The Initial Pretrial Conference by telephone scheduled to take place today is hereby rescheduled to **April 12, 2022 at 3:30 p.m.** Parties are directed to dial into the Court's teleconference line at **888-251-2909** and use access code **2123101**.

    The Court hereby extends the time for Defendant City of New York and Defendant Jeffries to answer or otherwise respond to the Complaint to April 19, 2022.

    The Clerk of Court is also respectfully directed to mail a copy of this order to the pro se Plaintiff.

    SO ORDERED.

Dated: March 29, 2022
       New York, New York

                                                LEWIS J. LIMAN
                                          United States District Judge