```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
ROBERT DAVID,                                                    :
                                                                 :
                           Plaintiff,                            :
                                                                 :           21-cv-10677 (LJL)
           -v-                                                   :
                                                                 :               ORDER
DEPARTMENT OF CORRECTIONS et al,                                 :
                                                                 :
                           Defendants.                           :
                                                                 :
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/12/2022

LEWIS J. LIMAN, United States District Judge:

      The Court held a conference in this matter today. This Order memorializes the rulings made during the conference.

      Defendant City of New York is ORDERED to exchange discovery under Local Civil Rule 33.2 by April 22, 2022 with such discovery to be supplemented by any additional material available 120 days from the date of this Order.

      Defendant City of New York moves to stay this action until May 9, 2022 to permit the New York City Department of Correction to continue the open investigations of the officers alleged to be involved in Plaintiff's allegations. Dkt. No. 18. For the reasons given at the conference, the motion to stay this action until May 9, 2022 is GRANTED. The deadline to answer or otherwise respond to the complaint is adjourned to May 9, 2022. By April 29, 2022, Defendant City of New York is hereby ORDERED to inform the Court of the status of the investigations and the need for any extension of the stay.

      The Clerk of Court is respectfully directed to stay this action and to close Dkt. No. 18. The Clerk of Court is also respectfully directed to update Plaintiff's address on the docket to 89 Porter Avenue, Brooklyn, NY 11237 and to mail a copy of this Order to the pro se Plaintiff.

      SO ORDERED.

Dated: April 12, 2022
      New York, New York
                                                        LEWIS J. LIMAN
                                                        United States District Judge