```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
ROBERT DAVID,                                                    :
                                                                 :
                        Plaintiff,                               :
                                                                 :         21-cv-10677 (LJL)
           -v-                                                   :
                                                                 :             ORDER
DEPARTMENT OF CORRECTIONS ET AL,                                 :
                                                                 :
                        Defendants.                              :
                                                                 :
-----------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

     A Telephone Conference was scheduled in this matter for July 27, 2022. Counsel for Defendants appeared at the conference, but the Plaintiff did not appear. As a result of the Plaintiff not appearing, the conference was canceled. The Telephone Conference is hereby rescheduled to August 18, 2022 at 10:00AM. Parties are directed to dial into the Court's teleconference line at 888-251-2909 and use access code 2123101.

     SO ORDERED.

Dated: July 28, 2022  
      New York, New York

                                                     LEWIS J. LIMAN  
                                                     United States District Judge

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #: _____  
DATE FILED: 7/28/2022