```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/18/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
ROBERT DAVID,                                                      :
:
                     Plaintiff,                                   :
:      21-cv-10677 (LJL)
     -v-                                                          :
:      ORDER
DEPARTMENT OF CORRECTIONS ET AL,                                    :
:
                     Defendants.                                  :
:
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      A Telephone Conference in this matter was previously scheduled for July 27, 2022, Dkt. No. 36, but Plaintiff did not appear. The conference was then rescheduled to August 18, 2022, Dkt. No. 40, and again, Plaintiff did not appear.

      It is hereby ORDERED that the Telephone Conference is rescheduled to September 16, 2022 at 10:00 a.m. and will proceed remotely by telephone. Parties are directed to dial into the Court's teleconference line at 888-251-2909 and use access code 2123101. Plaintiff is warned that if he fails to appear at the September 16, 2022 conference, his case may be dismissed due to his failure to prosecute the action.

      SO ORDERED.

Dated: August 18, 2022
       New York, New York
                                                  LEWIS J. LIMAN
                                                  United States District Judge