```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                    :
ROBERT DAVID,                                                       :
                                                                    :
                              Plaintiff,                            :
                                                                    :    21-cv-10677 (LJL)
              -v-                                                   :
                                                                    :    ORDER
DEPARTMENT OF CORRECTIONS ET AL,                                    :
                                                                    :
                              Defendants.                           :
                                                                    :
-------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/16/2022

LEWIS J. LIMAN, United States District Judge:

      A Telephone Conference in this matter was previously scheduled for July 27, 2022, Dkt. No. 36, but Plaintiff did not appear. The conference was then rescheduled to August 18, 2022, Dkt. No. 40, and again, Plaintiff did not appear. The conference was rescheduled to September 16, 2022, Dkt. No. 43, and Plaintiff did not appear.  Plaintiff was warned that if he failed to appear at the September 16, 2022 conference, his case may be dismissed.  *Id*.

      The Defendants shall file any motion to dismiss for failure to prosecute the action by September 23, 2022.

      SO ORDERED.

Dated: September 16, 2022
      New York, New York
                                                 LEWIS J. LIMAN
                                                 United States District Judge